**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ELYSE GINGERELLA<br>Plaintiff,<br>v.<br>SRS DISTRIBUTION, INC., AND DOES 1 THROUGH 10, INCLUSIVE.<br>Defendants. | Case No. 5:25−cv−03337−DTB<br>**~~[PROPOSED~~] ORDER OF DISMISSAL**<br>Complaint Filed: October 3, 2025<br>Trial Date: None Set<br>District Judge: Hon. TBD<br>Magistrate Judge: Hon. David T. Bristow |

## [~~PROPOSED~~] ORDER

Having considered the Parties' Joint Stipulation of Dismissal, and finding that good cause exists, the Court hereby **ORDERS** that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: August 26, 2026

By: ______________________________
David T. Bristow
United States Magistrate Judge